JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA O. M. | Case No. 2:24-cv-04496-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: <u>January 17, 2025</u>

_____
KAREN E. SCOTT
United States Magistrate Judge

1